**Exhibit A to the Complaint**

**Location:** Fort Myers, FL  
**Total Works Infringed:** 32

**IP Address:** 73.28.110.205  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash:<br>9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 11-14-2022 14:12:14 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 2 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash:<br>FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11-08-2022 13:27:41 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 3 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash:<br>65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-07-2022 15:00:24 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 4 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash:<br>3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 10-11-2022 22:32:24 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 5 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash:<br>769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 10-10-2022 14:28:52 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 6 | Info Hash: 81496C309F2BA1FECB5DAE9F7454D8BD7BBE179C<br>File Hash:<br>C87DDE98EEE8D42678FC4BF7DAEFDACE330162EA9FD7168A922C4A41599373EE | 10-06-2022 14:24:18 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 7 | Info Hash: 98A7DC210CB85ACA60F5EB87D6EF09E410BEFF2F<br>File Hash:<br>D1E5B8CA670F419ABA7FA5BD84CA3640F6366D6B87EA061EF8717D95BBAB0A48 | 10-06-2022 13:59:12 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 8 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash:<br>64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-03-2022 16:41:21 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 9 | Info Hash: E4F0C07AD7A557AD674372C5CD5C3379F38A787F<br>File Hash:<br>C163F6FAECDF8FB7ED91ABB35BAC6AA5F77EE0E6D81F2C5364A31E47F17BC6C9 | 10-03-2022 16:09:51 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 10 | Info Hash: 1EA1F87539928765D5CB590F9CC15EB18517C6C2<br>File Hash:<br>9B7A014537CE6CF5746FF40AB8F7CD1F46CEFEAAB94011EF899B1B5F90CA63F2 | 09-20-2022 15:14:04 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 11 | Info Hash: CE38805106F3E4FF4CA1985F16314AAA422DBCA6<br>File Hash:<br>5F8BAAD04145872FEB14B5487CEEC4B414ACCA31725EE208080570BFDA40D443 | 09-06-2022 17:04:54 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 08-29-2022 16:04:38 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 13 | Info Hash: A92F39EAFF0DFAC2017E07842C130C0B8DEEF270<br>File Hash: 897838C054DF801DDE95173D1474A4CEB35A4644AE0BE47F129A31C5F04D96EF | 08-23-2022 15:43:13 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 14 | Info Hash: F32AE88DF4B6CD0EC85CE927346EB3CC02758CA3<br>File Hash: 9B1689176C1D52841E588A81B74CE350323F5ADADE276B3577AA74185F1EAAD0 | 08-18-2022 23:18:36 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 15 | Info Hash: CCB3C09B603AD4A64284F846E3BDAA85AF78D892<br>File Hash: 7094A81FB03B039EAD418FF9041E61FA8C5D0D2B7FF34926A22A1F02033AB0C0 | 08-18-2022 20:01:03 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 16 | Info Hash: 6CD6EE08157241E1F133D9891C1B4E9102380649<br>File Hash: 192D2D7EAD5A1BFB7F75610BF50385C58973CC3DEBAD4F90E14E7F3612E1DB46 | 08-10-2022 11:47:44 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 17 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash: 55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 08-08-2022 21:12:30 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 18 | Info Hash: 36C0BB5D4C2CD6CFF223BCE81E27EEA1B5601DA5<br>File Hash: 601590C46BF8607622DB143BC459497E978B52BD64A51B93EFCD3B79227B2442 | 08-08-2022 16:42:28 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 19 | Info Hash: 666B7E6AB3149E011B58B36C100C46F1C0032B44<br>File Hash: E3D238AE80078D5E40360A93424CB19180ED0D28E548F011DCF426AE5C5DF7BA | 08-04-2022 00:48:06 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 20 | Info Hash: 2309159CD1993A31DABF6AC9AF2EBD57B11980F9<br>File Hash: 211E1E3DC086056108BCB6D948D731777D01C34CC95D1BCE5C4A5F25D4BFC520 | 07-30-2022 00:14:32 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 21 | Info Hash: F56D251D42E2192AAAA3CBF79AE2E834B8E49A42<br>File Hash: BFB2F7BA49662B563D559FA77B28A62277AF2BBF79E2B373E832E234C87A7AC1 | 07-29-2022 20:44:02 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 22 | Info Hash: 8FEF4F99B0A71B34DCEC372DE9078F35A4019D6B<br>File Hash: D6F0F1429C26735113C7896F3144E57C13A5F45BBB1670F4CD37BB48777151B6 | 07-23-2022 14:29:19 | Blacked | 07-29-2018 | 09-05-2018 | PA0002135679 |
| 23 | Info Hash: 3B37C1EA3D5C559642EFB1989022683E55102FEE<br>File Hash: B18A02CD77883EF5121CBD98BFC22A9C16AD954E3CFF6383D242DFDFC0C93377 | 07-20-2022 15:56:30 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BD3A401B6BEF5787A88E6B2F6F96F4FD541EA1CF<br>File Hash:<br>809BEE152EB03CECF413C2ED09BC7EC7AA1DECB8397F7D4B05E5D98B7E595047 | 07-14-2022 12:59:27 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 25 | Info Hash: 40F9099BF210FFD00392BA9F181D8729D70BCEE0<br>File Hash:<br>4948AA372E0C0050FC3BF4A2F246FB91992F512A1E130357462BCB94075F572F | 07-11-2022 21:00:47 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 26 | Info Hash: FEDCA01AF6053035DFA8780B6237AB6F43E23E11<br>File Hash:<br>744486B4B6249CD92214D53A38DE82F6DB400A0359605772BE150726BD85C15C | 07-06-2022 20:20:17 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 27 | Info Hash: C1958C15B92AF2BD58FADDC89638076540FA7C96<br>File Hash:<br>D0255B4E9B0A1C9CD49F58B1E91A6CC9B576E811B1E28DC479CB3C3216DB9C68 | 07-05-2022 00:16:21 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 28 | Info Hash: B43494CEF8BD62FB3E623B2EE6742C12699B35CF<br>File Hash:<br>152F92745E2703AD88D1BD2ED6994CFF7511071A33EEDC420394293BF0942175 | 06-23-2022 17:32:37 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 29 | Info Hash: A1BA6BAFAD3E12CE4164BA139BB9CB4E1D9A2F88<br>File Hash:<br>86720249ED8D06630B7381910AEAB97BA3AEB9B41AFB980D655DA49773531EB8 | 06-22-2022 14:37:04 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 30 | Info Hash: 80743028F4DA7FF990505C96801E6F599B8851C5<br>File Hash:<br>24337910A7A4E980C261EA80000086B12826B2D6132762D6AEFA5210CDB5F8A9 | 06-22-2022 01:22:56 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 31 | Info Hash: 799651C723A08954B4B6E4D77AFC0A2729CA71B1<br>File Hash:<br>096519CA5C6F3DFEF5F48FC8D39197AD822DD9A331D228C013594865274AA218 | 06-16-2022 11:29:58 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 32 | Info Hash: B87B50D9715F1869EF99CEDCE8CE82F652AD9543<br>File Hash:<br>37DD1C8C36E4FCA4DDDB93446254E6967BF1077190D3842B0CCB1C0461932DF2 | 06-09-2022 12:19:25 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |