## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### Case No. 2:22-cv-00814-JES-KCD

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
73.28.110.205 an individual,

      Defendant.

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.28.110.205, are voluntarily dismissed with prejudice.

Dated: March 29, 2023                  Respectfully submitted,

                                   **MAMONE VILLALON**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By: _/s/ Tyler A. Mamone_
Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379